**Order filed, May 8, 2012.**



In The

# Fourteenth Court of Appeals
_____

**NO. 14-12-00375-CV**
_____

**AKINDELE OLUFOWOSHE, Appellant**

**V.**

**LANCE PINKERTON AND WILLOW TRACE OWNERS, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Cause No. 11-DCV-192884**

---

## ORDER

The reporter's record in this case was due **April 9, 2012**. *See* Tex. R. App. P. 35.1. The court has not received a request to extend time for filing the record. The record has not been filed with the court. Because the reporter's record has not been filed timely, we issue the following order.

We order the **Official Court Reporter of the 240th District Court**, to file the record in this appeal **within 30 days** of the date of this order.

PER CURIAM